# United States District Court
### EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **Nancy Joseph**, presiding. | Deputy Clerk: **Ross Miller** |
| DATE: **September 5, 2023 at 11:00am** | Court Reporter: **Zoom Audio** |
| CASE NO. **22-CR-169** | Time Called: **11:01am** |
| UNITED STATES v. **Aziz Hassan Bey and Divine Seven-El** | Time Concluded: **11:20am** |
| PROCEEDING: **Status Conference** | |

UNITED STATES by: **John Scully**

Probation Officer: *Excused*

Interpreter: **N/A**

DEFENDANTS: **Aziz Hassan Bey and Divine Seven-El,** *Pro Se,* via video conference, and by ATTORNEYS: **Attorney Peter Arnold as Stand-By Counsel for Aziz Hassan Bey, Attorney Jeff Jensen as Stand-By Counsel for Letz Osiris Bey, Attorney Thomas Hayes as Stand-By Counsel for Minister Zakar Ali**

---

Matter in Court to address Attorney Peter Arnold's Motion to Continue (ECF No. 99) and Defendant Aziz Hassan Bey's Motion to Strike and Motion to Terminate Stand-By Counsel (ECF No. 100).

Attorney Peter Arnold addressed the issues that have made him unavailable for the jury trial. Defendant Aziz Hassan Bey addressed his motion to remove stand-by counsel. Government's position is that stand-by counsel should be appointed over the objections of the defendants. Court conducted a colloquy with both Defendants Aziz Hassan Bey and Divine Seven-El regarding the appointment of stand-by counsel. Defendants Aziz Hassan Bey and Divine Seven-El object to the appointment of stand-by counsel.

Court GRANTS Defendant Aziz Hassan Bey's Motion to Strike and Motion to Terminate Stand-By Counsel (ECF No. 100). Attorney Peter Arnold is WITHDRAWN as Stand-By Counsel for Aziz Hassan Bey.

Court DECLINES to appoint Stand-By Counsel for Defendant Divine Seven-El.

Court DENIES AS MOOT Attorney Peter Arnold's Motion to Continue (ECF No. 99).